IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CR 28

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM LUTHER DOWNS. | ) | |
| _____ | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 103) filed by Stephen L. Cash. The Motion indicates that Mr. Cash, a member in good standing of the Bar of this Court, is local counsel for Defendant and that he seeks the admission of Derek M. Wright, who the Motion represents as being a member in good standing of the Bar of Georgia. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 103) and **ADMITS** Derek M. Wright to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: September 3, 2019

W. Carleton Metcalf
United States Magistrate Judge